ORIGINAL

REC'D IN PRO SE OFFICE
SEP 11 '24 PM 3:14

Amended complaint of 06327

Elizabeth Grant

VRS  Defendents

New York City Department of Social Services

Judge Bernice Seigal Guardianship supren

Honorable Sylvia O'Hinds-Radix

Corporation counsel city of New York

Martha A. Calhoun

Special Assistant Corporate counsel

Nicole Neyman

NYC Department of Social services


New York Presbyterian Hospital - Flushing

Andrew Fernandez - Nurse Manager

Ajay Jain - Doctor

Pei Daphne Gap - Patient Relations

Eminechu Tashi Nurses

Elmhorst Care Center

Yossi Krauss - Manager

Simranjit Kaur - Nurse Manager

Ms Mohanned Social worker

Ms Charity - Dietician


Elm York Assisted Living

Alla Barakas - Managing Administr

Sean Tohill - Managing Administr

Sarabjit Kaur - Social work
                Manager

Defendants

Project Guardian
Melissa Stein berg
Danielle Hawkins Carlo Pauito
Caroline Rodriguez

Edmond Grant

Queens Supreme Court
Judge Bernice Seigal
Margaret Stenmay - Secretary to Judge Seigal
Erika Louis - Administrator - County clerk

P 3 of 71
New case

Elizabeth Grant
25.44 82nd St
East Elmhurst N.Y. 11370
718-812-1910

I would like to start by asking if the Court would supply me a lawyer to help with the case or I can continue the case Prose

I would ask for a new Judge who is not bias and did not handle any of my cases before

Since Judge Mastoff and Judge Chen I had derogatory commentary concerning my lawsuits I would ask for a brand new Judge handling my case that has never handled my cases before

I need a judge for these situations concerning corruption, fraud, malpractice, medical Billing fraud guardianship scams, edder and neglect etc.

This is a wrongful Death lawsuit involving pain and suffering and character assassination as well as Elder Abuse and negligence by Project Guardian, New York Presbyterian Flushing Elmhurst Nan care center and Elm York Assisted Living

On November 26, 2021 Grace Grant was Illegal removed from her home by Adult Protective Services for absolutely no real reason. There was no recent order of protection, no reason for the Abduction Elderly people with property are targets I blame Social services allowing this fraud and corruption

The order that Judge Bernice
Seyral signed was completely fraudulent
How can Social Services override
Doctors saying Grace Grant was capacitated
She could read, hear some, walk and
in essence for 3 years she took care of
herself till the malpractice of Dr Ajay
(I'm never at the hospital) Iain

Sealing a record should be illegal and
Tanya Hobson Williams PC Doing this when she
was Grace Grants lawyer opposed to be
promoting her capacity that was REAL
not hiding it

Well this gave Social Services the ability
to ignore the doctors and court evaluator
saying Grace Grant was capacitated and just
RAILROAD Grace Grant into a corrupt Guardianship
to steal her freedom, money, belongings, property
and Life

What is the point in having a hearing with
Testimony from Doctors and Court Evaluators
if the Record will be hidden with a
Sealed record and Grace Grant was going
to corruptly and fraudly put in a guardianship
anyway. This is obscene and seems Illegal.

Now more situations that seem

quite fixed would include the fact that
people that never met or knew my mother
Grace Grant or absolutely anything about
her case have written an order that determine
the prison like effects of the rest of her life
at the age of 83 for men

These people are covering for the
fraud and corruption of removing Grace
Grant Illegally from her home in handcuffs
Illegally attacking a home owner and trying
and succeeding in taking over all her money
social security, bank accounts, property
and her entire life to lock her "In"
permanently so Grace Grant will never
see the light of day from the date of
11/26/21 locked in with all her money taken
A penniless prisoner. A malicious, malicious
purposeful premeditated act of New York
City Social services working with their
friend Judge Bernice Segal who will
Sign off on anything they write as long
as they profit even if it's from the Demise
of Grace Grant

So Honorable Sylvia O Hinds Radix
who never knew Grace Grants case or
Grace Grant had no legal right to

Cordena Grace Grant was cupacitated and who
This was said by doctor on the court
record and the court evaluator - and
in reality Doom Grace Grant to an
imprisonment of No money Locked in
and Miserable with none of her convience
and Limited time with her Daughter Which
she really enjoyed and loved being with.

Marta Calhoun speencassistnt
corporate counsel and Nicole Negron
of counsel NYC Dept of Social services
had absolutely no right legally to
determine Grace Grants Capacity the
were not DOCTORS By any/
MEANS So Who are they to Judge
Who is capacitated or not on
A SEALED RECORD Hiding Fraud
and Corruption

This is an abominable take over
Of Grace Grants constitutional
rights and her life like the days of the
nazis with a flash back to a communist
society where people don't own land
and the goverment controls their property
And Wealth, Taking ones oner Life Like an
One to Grace Grant is Elder abuse and taking
advantage of an elder

Judge Berneice Seppol had no right to go along with this order by individuals with no familiarity to Grace Grants case so they obviously did not have Grace Grants Best interest. Locking her in and taking all her money would Just cause Depression or Death.

I put forth a guardianship only to get my mom out of a Six month Lock in at Elmhurst Hospital where Grace Grant wasn't sick but Elmhurst Hospital was producing "medical Billing fraud" having her there as a prisoner as Social services were waiting for a Guardship hold on Grace Grant

I was trying to free my mom to be at home and be happy like my last motion For my mom to happily move to a new home in Pennsylvania and receive 24/7 home health aid curse so she would not be the locked in "Penniless prisoner" that made her so unbelievable Alone and miserable

The order for a permanent guardianship is fraud on the court if the record stated, by doctors and the court evaluator stated Grace Grant was capacitated. Article 81 stated only incapacitated people can be held in guardianships so this Guardianship on Grace wasn't Legal

Charity the Dietician at Elmhurst Care Center Should have Followed up on making sure Grace Grant ate. Grace Grant entered New York Presbyerian on August 9th concerning Grace Grants reaction to starving to death and malnarishment as well as dehydration cause by abuse and neglect at Elmhurst non cure cer This was a full destruction of Grace Grants Body and mind Cruelty that is unacceptable and Ille

The drugs given at Elmhurst Non Care Center were just as hard as the drugs given at New York Presbyterian and these would totally deteriorate Grace Grants body

Grace Grant didn't want to eat to much and drink to much because the hope was never changed and the pain of the fester bed sores for Grace Grant was really over bearing. Grace Grant balked to a bed with an alarm gang off if she got up that She did n need this imprisoning its cruelty Grace Grant was denied to walk and by locking her to bed her walking would stop — Could anything be more abusive then that

* Elmhurst non cure Center never answered the phon
Aphil pmo purse nurayer and Saranjit Kaur to where I would do whatever they want with Grace

Grant and I was not allowed to be part of
a team to help Gracie Grant because the
Guardian Donelle Hawkins Lazlo Paw
had barred them from speaking to me when
according to the order She could not do
I who only trying to help Gracie Grant
have her personal needs met in good faith
while Donelle Hawkins Lazlo Paw toh
Seemed to be just trying to hurt my
mother and run her health, mind body a
spirit into the ground! This is Elder Ab
and a con artist Mentality hoping to
destroy Gracie Grant and expedite the sale
of her house to gain more assets

        Ms Mohommed Social worker
completely stonewalled any input or any
further conversations to help my mother
with her health I was completely refused
to have any more conversations ever
concerning how to help my mom
            O This ill care of shutting me out
my mothers caretaker to help was reinforced
by Sarajeet Kuwer Nurse Manager who Say
I will never speak to you again concerning
your mothers health First of all I don't
have to, second of all Donelle Hawkins

Lazelo Punto has told this facility not to speak to you at all

So Onielle had completely doomed Grace Grant helper from helper to overstaught Knew Grace Grant like a book and could aid her cure completely that is why I wanted to be her home health and myself And I know I would have been a successful one with making my mom my first priority and jumping when she needed something

Readly Grace Grant should have been immediately removed from Elmhurst Non care center because the oxygen was off by her first day and she was walking not accurate for her age

No physical therapy could rather improve her walking as she was walking like a normal elderly person who needed a walker Laying bed to a bed would end her walking total

So Alla Binaker and San Pchiff others and Sanjeete Kaur Social worker had no reason not to let Grace Grant return to her room at Elm York Assisted Living because she did not need any oxygen to stay at Elmhurst non care center

P11 of 64
of 11

The only reason why Grace Grant was forced to stay at Elmhurst non care center was to perform the scam of the fact the owners were the same for both and in reality Elm York assisted Living would keep her stuff in her room and pay themselves for the room (like animals) even when she wasn't there her social security would be fleeced by these vicious monsters not allowing Grace Grant to even have her belongings her walker, hearing aids glasses, rosary cell phone clothes and comforting stuffed animals — pure premeditated thievery

Now the other side of the medical billing fraud scam was that Grace Grant's insurance would be billed at Elmhurst Non Care center while the other part of the scam is whette Grace Grant needed to go to the hospital she would be going because both Elm York assisted Living and Elmhurst care center were getting a kick back from the hospital. This fraud should not be tolerated because Grace Grant had to sit in Elmhurst no care center locked to a bed with none of her belongings

71

Important Points showing the
Illegalities of Grace Grants
Case and her Neglect and Abuse

1) Grace Grant told me she sat in a
Tshirt and a dirty Diapers for 3
days with No gown or cover
and was freezing this was when
she first goto to Elmhurst Non
Care Center. Her oxygen was removed
I was told by Simran just Kaur a
Nursing Manager the first Day so in
reality she was supposed to be sent
back to Elm York Assisted Living
but instead to Double Dip Grace
Grant money she was kept at Elmhurst
Non care center to bilk her insurance
Providing medical billing fraud because
Elm York Assisted Living were still
paying themselves

2 Yossi Krauss told a lone-session with
he and I told him as proxy and power of
Dwighte if Grace Grant is off the
oxygen You have no reason to keep
her at Elmhurst Non Care Center so

I hoped that and legally since Em York Assisted Living took her money that month July they were obligated to send her back and stop producing medical bill fraud keeping O Grace Grant had walking issue when her walking was not a problem Grace Grant Never fell so she shouldn't be punished not being allowed to return to Em York Assisted Living where her comfort belongings were and Legally if money was taken and that is where her glasses, walker hearing aids, rosary, cell phone and clothes, because missing or stolen and disregarded because Grace Grant was being disregarded as a human being with needs, wishes and Constitutional Rights to being treated with Respect not Billing her medical Insurance and throwing her out of Em York Assisted Living with out A good Legal Reason. This is

Grace Grant is Not Removal from Emhurst No Removing Grace Grant from her home

3) On 11/26/21 was a felony and

reason placing handcuffs on an elderly woman to drag her out of her home and down the stairs hashly to hurt her as seen on body camera footage was a CRIME OF the 115nd Precinct that they feel was Covered by Grace Grants Death to get rid of the Illegalities of the Case and the Crizineur that Drugged Grace Grant out of her house to Begin with Social Services Adult Protective team of crooks for no reason Enter Grace Grants home without a warrent Stealing her pets and dragging her down the stairs without a walker shows complete Elder Abuse and abuse of authority and power, and this act was ILLEGAL!

3) I would call all day the Cut Flow - No one answers the Phone at Elmhurst Nur Cure Center, No one tells Grace Grant. I called and I wont get her to phone near her bed to make and receive phone calls

4) When Grace Grant is able to grab the phone in the Room before it

is moved away from her maliciously Grace Grant so she can't reach her phone water (she needs because her mouth dries out and she has sinusitis and not having water for Grace Grant would not only be complete discomfort but also a health hazard of quick dehydration for her.

5) But to get back to my phone call where Grace Grant was able to reveal the phone I was told of the multitude of drugs medicines being given Grace Grant but no meals were served regularly. Sometimes they forgot to serve her a meal or didn't give her a substitute meal when she couldn't eat the Indian food or beans and tacos they provided wrongly to an Elderly person with a sensitive stomach taking stomach medicine Daily usually.

7) I tried to stress to anyone when they picked up the phone to give Grace Grant sandwiches which she pretty well could digest from my dealing with picky eater Grace Grant.

8) I told Elmhurst Non care Cntr to tell

P16 of 69

of 71

Grace Grant the begining Of August that I would be there within a little over a week or two. Coincidently Grace Grant Seemed never to find this out from When she could grab a phone. Everytime she thought I had come to NY and left already. So at Elmhurst Care Center they Could not even talk to Grace Grant long enough to giver her a message I Called and would not tell her. I Repeatea The few times I got these lazy bums to finally pick up a phone that I would be to see my mom by mid August but coincid-ally Elmhurst Care Center wanted to get rid of the Problem of Grace Grant's Starvation and abuse and negligence with no diaper changing, no phone, no self her belongings taking her glasses, hearing aids, clothes, stuffed animals, walker all absconded with and stolen along with her sell phone I gave her also

9) It was obvious Elmhurst Care center was trying to shift the problem they created by moving her to New York Presbyterian back to the place that I'll get put her in Elmhurst Non care center.

for no reason but to b/k her medical
Insurance to begin with

10) Right now Grace Grants Body is missing
and no one can tell me where it is.
They are hiding Grace Grants body
The hospital wont tell me which
place picked her up. To enhance the
thievery the cemetary where her plot
is and family store St Charles has said
no one called for Grace Grants burial
So her Body is missing

11) A quick removal of Grace Grants body
was needed for no autopsy because this
would uncover the overdrugging that cause
to her breathing and needing machines out
of hospice after 2 weeks of being in the
hospital without Machines Overdrugging
wasn't needed. Care was needed.
feeding gave edible real food that Elderly
people can eat not congeled stuff
Grace Grant would never eat No water
for obviously at least a month or two
because as I said regular drinks of
water were needed for Grace Grants

dehydration due to her severe sinusitis
She had all her life and that is why she
breathed through her mouth

12) Being Stonewalled by Andrew, Nurse
Manager that I couldn't visit or have
any part of her caregiving team giving
ideas to help Grace Grant was Illegal
malpractice and against Grace Grant's
Patient Rights that no one would
help me fight for by Patient Services
not picking up the phone and
addressing the abuse and Neglect of Grace
Grant starting with the bedsores the bed
in June and the non diapering of Tashi
Nurse who was neglecting Grace Grant on
Starting the Bedsores that were created
at New York Presbyterian to fester
from urine feces, non care neglect and
Feal abuse This hospital New York
Presbyterian is liable for starting the bedsores
that would continue to the bad and
Illegal decision of sending Grace
Grant to Elmhurst non care center
where she was Locked to the bed
with no way to succeed at Physical Therapy

supposidly suppled to have from
Monday to Friday. When you stop
on Elder of 85 walking on a continual
basis there is no way they can put a
a walking task regularly when they have
been completely crippled locked to the
bed 99.9 percent of the day This
is illegal to purposely cripple
Grace Gort using her natural
aging of walking as a reason
why she should be forced to be
Locked to a bed No History
In the Records of Elm York Abuse
Crin of Grace Gort EVER FALLIN
So Legally If Grace Gort was not
brought to the hospital on a walker
issue then a walking issue was not
Legally valid for her to be held on
a walking issue and forced to be
at Elmhurst Nur care center (with
their bad reputation) to bilk to raise
her insurance Causing needed bllp
Fraud saying Grace Gort needed
Physical therapy When in Reality
it is a Crime to lock one elderly
person to her Bed to completely Impede
their walking

13   Another key Element of the fraud
and mal practice in this case is
Ajay Jun Doctor for New York
Presbyterian never being on site with
Grace Grant to see how the over-
drugging was effecting her body so
adversely. Ajay jun I spoke to on
his desk job at his office and he
hung up on me after saying Grace
Grant developed Pneumonia over the
final weekend at New York Presby
terian hospital.

            Now Grace Grant was not give
a cover or socks and I personally
witnessed her gown up with no
sheet on her or cover and her back
left to freeze in the unbelievably
low temperatures of New York
Presbyterian hospital. I was freezing
at New York Presbyterian hospital
I had on two sweaters and a sweat
shirt with my hood up I was so
cold in this unbelievably Ignorant
hospital full of young people and staff
that could not put in the intravenous
Properly struggling in front of me and

pg 21 of 71
of 68

Not putting the intravenous properly
concerning the hard drugs given
to Grace Grant to Knock her out
is what caused her death most
probably If you read up on these drugs
the way the intravenous is put in is
crucial to a life and death situation
Not Just any nurse can do the
intravenous - this is the hard part of the
Job many of these people are not
Competant or skilled enough to Do it
still take the Job and if a patient
dies it is a simple casualty to them
          I want a full investigation on
the fraud in this case and Andrea
Nurse manager determined to cover
for the Negligent Staff who were incom
petant at putting in intravenous
and being Kind and doing the proper
Job of feeding Grace Grant Giving
water, letting her sit up because that
was the best way for her to breath
and definitely making sure the intra
venous was put in properly which
it wasn't and could and Did Kill Grace
* Grant causing the breathing problems and the need
of a machine she didn't need when she came at

Grace Grant asked Danielle Hawkins
Lorha Punto for her July and August
visit to collect money to be released
from Elmhurst Care Center because she was
not being treated well. Not being given
food she could eat and not dropped so her
bedsores could fester was on the road to
killing her but Did Danielle Cure? No
complete fraud on Project (PO Box number)
Guardian

This is total Abuse of Power of Danielle
Hawkins Lorha Punto and complete Disregard
of the wishes and needs of the woman she
supposedly was hired to help and protect

How does she Live with herself being
such a fraud hurting Grace Grant. Danielle's word
that Grace Grant was deprived her glasses
hearing aids, clothes, rosary, cell phone and
stuffed animals, these were all Grace Grant
owned because she had been dragged out
of her house Illegally by social services
Adult Protective never to return to her house
Being dragged out in handcuffs against 7 days
Grace Grant could not grab any of her stuff
not knowing she was permanently Illegally
being dragged out of her house.

p23
of
71

I blame
Social Services for allowing Adult Protective
Services to commit this travel of Kidnapping
Grace Grant under color of their own man
made situations were not following Constitutional Laws abducting Grace Grant

This must be brought to Light and the
loss of my mom directly affects me so I
would like to state that this lawsuit will
be done at the angle of how all this
illegal abuse to my mother has emotionally
and physically affected my health.

I would like to express that
it is tragic that the Department of
Social Services were able to override
the doctor saying that Grace Grant was
Capacitated and still put a Capacitated
person in a guardianship to take her money
and her life.

Social services should not have
been able to make a final decision on
Grace Grant they are not the doctor.

Grace Grant passed all mental
exams up to her last stay previous to
her most recent Destruction at New York
Presbyterian hospital

Legally if a person is Capacitated
they Do not have a guardian Grace Grant

Knew the date, where she was, what was happening to her etc.

The guardianship took my mother away from me and this broke both of our hearts not being together and made life very difficult

In october of 2022 I bought a house in Pennsylvania, attempting to get my mother to safety and out of a fraudulent guardianship on a Capacitated person.

The problem was Judge Bernice Seigal Signing the order of a guardian on capacitated Grace Grant who saw with glasses, who heard with hearing aide and walked with a walker. Grace Grant was a functional human being destroyed by social services

I nu quote of Grace Grant was that a Nursing home would be a death sentence and that is exactly what social services did with Judge Seigal working in cahoots with them

Basically social services destroyed Elizabeth and Grace Grants life with a fraudulent Guardianship she is in no way in need and in no way helped her.

To Slow the Progression of Destruction we have to take a step back that Grace Grant's lawyer Tanya Hobson Williams who was released from the job is July 2022 but kept coming to court anyway working with the guardian Not keeping Grace Grant who was capacitated out of a guardianship at all This is against her license and her oath to the court

When I asked Tanya Hobson Willi for all my moms paper work which I am required to get she said she had no paper and Lied further providing fraud She immediately, when she came on the case Sealed the Record to hide the fraud on the court and the fraud she would engage in helping incarcerate Capacitated Grace Grant into an illegal guardianship on a Capacitated person

Tanya Hobson Williams Put Grace Grant in Elm York Assisted Living Their motto was "The More you make the more we take." Elm York Assisted Living Never Gave Grace Grant one on one care with a home health aid. You would never see any of the home health aids with any of the clients They had them doing Restau Duties and housekeeping duties To save money and provide the client Billing Fraud

Elm York Assisted Living provided no home health and care on one done just people hitchen, Into the room with aerosol cans and sprayin and walkin out. This is real Medical Billing Fraud

Now Elm York Assisted Living had a scan going they would outsource their clients for nothing meaning the person didnt really have to be sick like my mom wasnt really sick and was constantly sent to the hospital either Elmhurst hospital or New York Presbyterian hospital. This was obviously done for a cutback for Elm York / Assisted Living.

Grace Grant only needed a nebulizer or a pill to calm her down an key low dose pill and instead she was constantly sent out to New York Presbyterian hospital

Grace Grant would tell Elm York Assisted Living she did not want to go to the hospital and didnt need to go as she would tell me but since they worked on cutbacks they would send her anyway for their Cutback.

Going to the hospital would cause Grace Grant Anxiety stress and Trauma and this was completely unecessary, because this completely

Hindered her care and didn't help at all.

New York Presbyterian hospital in the end of June put Grace Grant with Nurses like Tashi who would make faces and were short tempered and would not change her diaper although Grace Grants debilitation starts right how in this narrative because Tashi Locks Grace Grant to the Bed even though the Toilet is an inch away and makes her use a Commode not letting her walk at all so her blood can flow and her heart can pump off she walks. cont.

Then New York Presbyterian instead of sending Grace Grant back to Eds York Assisted Living instead she is Sent to Elmhurst CNOn care center again Grace Grants wishes and against Grace Grants her proxy of choice (most recent) 2016 paperwork and for real power of attorney with a power of attorney from Grace Grant 2016 that States if she ever has to have a guardian she would prefer that the Guardian would be her loving daughter Elizabeth Grant.

This is where the Neglect and Abuse continues from New York Presbyterian Locking Grace Grant to the Bed. Now Grace Grant is Locked to the Bed at

Elmhurst Non Care Center where she is only offered 1 hour a day 5 days a week to do Physical Therapy which is impossible to do because Grace Grant needed the continual movement of her walker to help her blood flow, heart pump and legs work properly

I told Elmhurst Non Care Center to release her immediately and send her back around the corner to Elmhurst Assisted Living so she could have her freedom to move around and sustain her health properly

The SCAM is that Elm York Assisted Living is affiliated with Elmhurst Care center and Elm York Assisted Living completely inconvenience the client by keeping their belongings there to continue to bill for the social security for the room Grace Grant was not in and the food she did not eat. The guardian project guardian is fully aware and helps Elm York Assisted Living Bill for services they are not rendering at all

Elmhurst Care Center then really hurts her client by not allowing her any of her comfort and necessary items they need to live like Glasses, Hearing Aids, walkers and cell phones, clothes

toiletries they are completely and unnecessarily denied.

Grace Grant was supposedly brought to Elmhurst care cent, because of the fact She needed oxygen but the oxygen was removed the first day she was there so there was no need for her to remain at Elmhurst Non care center but they come up with the story they had her there for her walking that they obviously wouldn't improve due to her age

The only thing Elmhurst Non care center accomplished was destroying Grace Grant and completely debilitating her.

Elmhurst Care center also werent feeding her properly, she was missing meals and given foreign food like plantains and tacos because the place had any foreign people in it.

There were no alternate foods or sandwiches offered to Grace Grant, In essence Elmhurst Non Care center were starving Grace Grant to death

There also was no communication with Elmhurst Care center and Grace Grant they refused to write down in By letter what they were saying so she

couldn't communicate or answer anything
they said and tell Ren what she would
want to eat when Rej probably
wouldn't serve her anyway

Grace Grant would complain she
couldn't move and was locked to the
bed. She also told her daughter Grace
Grant please talk to Ren about my food
because I am not getting anything to
eat and please tell them to give me my
walker, hearing aids Glasses and cell
phone and clothes. I am lost with out
my belongings and my Rosary to pray

Grace Grant was absolutely
depressed, Lethargic and Miserable
Her prophesy that a Nursing home has
a death Sentence was coming true

I told the nurses at Bklyn
assisted living to please call me twice daily
and hand her the phone. and they refused
to allow them to communicate with me

I was told By Ms Mohammed
Social worker and head nurse —
that I should not be able to help
with my mothers care at all.
The guardian Blocked me and told
Bklyn assist Care center not to work with me
at all even if it concerned Best

health practices for Grace Grant Elmhurst Nursing
Care center would not allow any input
from me to help with Grace Grants care
at all

So the Guardian was blocking best
health practices for Grace Grant not
allowing her daughter that know her allergies
and likes and dislikes and how to handle
her so she responds positively

On Grace Grants chart it read
NPO and this meant she was being drugged
and her food was not being dispensed
to her or any drink to dry her out into
a catatonic State

This is abuse and neglect and
could have been prevented by providing
Grace Grant with her written hearing aide
glasses, and cell phone to make her
phone calls and make her functional and
happy But stripped of her belongings to
survive Grace Grant was completely
miserable, neglected and hurt by a system
of billing her insurance performing
medical billing fraud and malpractice

Finally Grace Grant Ended
up at New York Presbyterian hospital
for starvation and obvious neglect of the
body by not allowing her to work or

more freely - locked to the bed. On the bag
not fed properly at all.

Grace Grant is so malnourished and
parched having not this having open and she is
staring at the ceiling. She was severely drugged

Grace Grant was kept in New York
Presbyterian Emergency for 2 days in a cold for
properly nonsickness, no food, no water to be
left staring at the ceiling unable to respond
well or speak freely

I had told Elmhurst Non care center
When I would be back to NY and they
seemed to dump my mom as a problem
on New York Presbyterian hospital when she
has already fully damaged and was
totally lost without a normal life at home
around and deprived of everything including
her rosary, hearing aids, glasses wallet ring
cell phone and clothes All things everyone need
to live.

New York Presbyterian brought her upstairs
for a room 7 minute I got in the hospital
Grace Grant was completely neglected with
her mouth dried out and herself not respond
ing at all. The neglect and abuse
Kuris Killing her in a slow, painful
death.

Immediately I got a new Rude Nurse who se nothing. Like the name Siri. She continued to be consciously rude to me and uncaring to my mother. I asked for water. I couldn't get it. I asked for a sandwhich to give my mom and Siri couldn't get that for my mother either. Then I asked Siri to change my mother's Diaper I could see hasn't been changed in days of emergency ward neglect and Siri could not change her diaper either. Siri was a young indian girl who don't know how to treat people.

Siri was so mad that I asked her to do things She would not let me stay a couple of minutes extra to try to find another nurse to get my mom water food and a new Diaper.

Siri turned Rudder and said I was rude to her when I wasn't she was rude to me.

Well when I went to the hospital the next Day New York Presbyterian flushy there was a note at the front desk barring me illegally from visiting brashy with no court order.

The security guard was rude to saying whatever we say goes with no explanation why I was barred from visiting.

The next Day I called all over
the hospital - And they are Day I couldn't
visit Quient advocate never answered
nor called me back, Social services
never answered or called me back

What they had Done not letting me visit
was completely Illegal as the daughter
Health proxy choice of Grace Gant most recent
2016 And most recent power of attorney
choice of Grace Gant 2016. Not Ed Gant
at all!

The Guardian - crooks - Project Guardian
a PO Box Number - never in the office
never return phone calls or answering
phones - they are only muching not
ever a person or anyone in the office

Well project guardian affiliate
Daniel Hawkins hers is Pinto was back
down to dirty deeds and told the hospital
to cause me (Elizabeth Gant), as much
trouble as possible saying the doctors and
nurses shouldn't talk to me and she
was making my moms Grace Gants
final decisions concerning her life and
death

I produced Proxy and Power
of attorney pointing me by Grace
Gant to be her guardian and this
was completely ignored by the

hospital

I had my own Patient advocate call but it seems Andrew Fernandez, Nurse Manager himself as condescending, rude, and prejudice as he was had barred me from the hospital

Andrew Fernandez, Nurse Manager went out of his way to bar me for 4 days and then limit me for 2 days for 2 hours and stop my visits on a crucial weekend for my mom.

My mother Grace Grant needed constant visits and needed me because we lived together our whole life and were codependent on each other in the most loving way

Losing her visit with me would tragically hurt Grace Grant because she was very lethargic, depressed and comatose and I would sing to her to cheer her up and give her hope.

In essence, Andrew Fernandez, Nurse Manager, Did Something illegal by barring me from the hospital and he also seemed to be covering for his rude, incompetent staff that

P36 of 87

## Liability Facts

71

1) Grace Grant spoke to the Guardian for visit the middle of July and Begining of August to Please get her out of Elmhurst Care center And have to go back where she was paying and belonged at Emyork Assisted Living

A Guardian Refushed to Listen And help Grace Grant not do whatever they wont with Grace Grants money and life

Danielle Hawkins Lazlo Pinto here did what Grace Grant wanted. She came to Sign her home and collect money that is all Danielle Hawkins Lazlo Pinto cared about Definitely not running anything to do with Grace Grant, Neglected Grace Grants Best Interest and Blocking her daughter in every way with every me so she couldn't help her

Grace Grant Had extreme Bad Sores from top Stay in June from New York Presbyterian hospital Those Bedsores continued to Elmhurst N/H Care center And got worse festering with urine and feces not having regular diaper changes and being hocked to the bed so she couldn't take herself to the bathroom.

locked to the bed really made her a candid for a heart problem because of this. No food was given regularly and not at all sometimes Grace would say. Also Grace has not offered anything alternative to eat like a sandwich. They also could not even change her diaper nor let her have her own walker to walk to the bathroom.

3.   Elmhurst Care center never answered the phone and it was impossible to communicate with them and specifically to get to speak to my mother. Her cell phone was lost and this was her only means of communication. It is cruel and illegal to abscond with Grace Grat's belongings. Like her walker, hearing aids and glasses, cell phone, cos clothes, stuffed animals etc.

4.   My mothers home health aid at Elmhurst Non Care center has always nowhere to be found and had at least 15 other client also for Elmhurst care center to save money and provide medical billing

Fraud. The home health, aids are trained to do - one on ones - so they can easily fix issues like poison eaters so people dont end up dying from starvation like my mom. This is a critical situation because Grace Grant has slipped through the cracks because no one was properly caring for her and helping her with her individual needs for simple things like eating, drinking and diapering and toileting.

5.   Leaving Grace Grant without her walker, hearing aids, glasses, cell phone clothes and many stuffed animals is completely abusive and neglectful. Grace Grant didn't even have her rosary when praying rosary all day was what she enjoyed doing since she went from being illegally locked in New York assisted living as a prisoner to being locked to the bed to live even more as a prisoner at Elmhurst Care center. The Guardianship never helped, it only hurt Grace Grant, Locking her in like a penniless prisoner.

I would like to continue and hone in on important issues such as

a) over drugging Grace Grant

b) not allowing Grace Grant to drink

c) Not allowing Grace Grant to eat and at New York Presbyterian not even trying to feed her or give her drink when she was on any machine with nothing over her mouth They didn't even try at Elmhurst Non Care center or New York Presbyterian that I observed and they even admitted to. The dietician obviously wasn't doing their job at all and the Health aid and nurses aid assigned to Grace Grant were not even trying to get her any food, they weren't doing their jobs and didn't care at all. Another casualty meant nothing to them.

d) over drugging can lead to Death it can stop your heart and lungs from working. I immediately asked New York Presbyterian to get Grace Grant off any hard drugs or Psychotropics that would make her Unconscious so she couldn't eat. The Hospital Never Stopped the over drugging Using the Guardian as an excuse saying the Guardian was allowing this abuse of

Grace Grant

e   Don't forget that the bed sores could only
be getting worse Grace Grant was never
moved from side to side on the bed so
she always was lying flat against the
bed sores making them worse.

f   I want to stress that the overdrugging killed
Grace Grant. for days she tried to get the
(intravenous) IVS out of her saying to me it's personal
they are poisoning me!⊘ The hospital was aware of Grace Grant
wishes not to have the IV (intravenous) and they totally
disrespected her wishes and patient rights not
allowing her proxy of choice (most recent) Ehud
Grant and not allowing her her patient right
not to have the IV steadily didn't want
and referred to it as poison  The hospital
purposely overdosed Grace Grant and Her
lungs and heart were put in jeopardy to stop
* care and that's why the machine was put on.*

g   Over the weekend Andrew Fernandez, Nurse
Manager made the Prejudice and Illegal
decision not to let me help save my
mothers Life with a visit that would

have made her happy and my voice
songs and happy thoughts might have made
the difference. Also I would have
asked that the IVS come out if
Grace Grant didn't improvement want the hard drugs
that were dehydrating Grace Grant and
totally given her no appetite and even
were so hard they were making her
unconscious Grace Grant forgot for
her life

Grace Grant knew the IVS had
lethal hard drugs destroying her so
she kept removing the IVS saying in
essence Grant my wish and take her
off so I can live but instead the
viscous staff of young inexperienced
people put Boxing gloves on Grace Grant
they called mittens but in reality were
terribly scary and disturbing to Grace Grant
and she tried to get them off with
her mouth pulling on them and banging
on the bed and the answer to the
corrupt, unfeeling stuff was just
to drug Grace Grant more to put
her out of it so she would just

leave them alone so they didn't have to do their job or maybe their job is being cruel to elderly Caucasian women and take their life for battery. Then to ask them to do their job and get Grace Grant food and water and change her diaper if needed instead New York Presbyterian felt drugging Grace Grant and leaving her comatose not to bother them was the answer.

The bruises and cuts on Grace Grant's hands were abusive and totally uncalled for and abusive. Grace Grant had the patient right to refuse IV be fed and given water and allowed to walk to the toilet herself if the staff didn't want to change diapers.

Obviously the staff were covering their tracks by putting Grace Grant on machines. Monday the overdrugging at New York Presbyterian had turned to toll on Grace Grant and probably stopped her lungs heart and breathing and that was Monday Morning came and the frantic call from Andrew Fernande came and he said that there would

allow me, Elizabeth Grant to visit any hours or days I wanted. Probably machines were put on Grace Grant to get away from the weekend Date when the nurse had overdosed my mother, Grace Grant as prescribed by negligent doctor never in the building Dr. Ajay Jain.

Since Grace Grant had technically been killed by overdrugging, now her body lay lifeless with a machine forcing her lungs to go up and down and had breathing to be over harsh and obvious, Severly painful for Grace Grant but obviously the doctor didn't care for best practice for Grace Grant, Ajay Jain Doctor, was sitting in his Jackson Heights office never on site to see the botched job he was ruthlessly doing on Grace Grant.

Grace Grants vitals were Indeed good even though she had been overdrugged and was now fighting for her life!

Grace Grot had a 98.4 temperature and less blood pressure I was to I'd was steady her hands and feet were warm with the socks and cover I got her. Grace Grot had a chance to recover maybe with appropriate virtue that were crucial to a recovery but with Melissa Stenberg just initiated by court over her Real Proxy and Power of Attorney by Grace Grot's choice; her daughter, Elizabeth Grot, hypocritically illegally through Judge Bernice Segal putting a guardianship on a capacitated person so her Life could be ruined by people stealing her money and not caring about her at all in ANY of her best interest. Now Grace Grot would lose her Life thanks to this illegal Guardianship on a Capacitated Person and now Melissa Stenberg could play "God" or really the "Devil" and have Grace Grot's Machines turned off.

Grace Grot told her daughter, Elizabeth Grot "I never signed"

Any paper at New York Presbyterian hospital, I know Grace Grant would only sign papers if I was present knowing only I had her best interest I to Grant signed papers for a no rescuertate. My proxy and power of attorney super-ceded his 2000 old paperwork mine read 2016 and mine in court would suffice for a recent change in decision by Grace Grant for the proxy she trusted, and had her best interest, Elisabeth Grant.

The Do not resucitate had to be the corrupt inward workings of E Grant working with Project (PO Box Brawls) Guardian-Lawyer Melissa Stenberg who never met or knew Grace Grant Yet ended her life with a phone call and more paperwork from a corrupt Judge Covering their tracks of Social service who Dragged Grace Grant out illegally from her home in hand cuffs. When hand cuffs only go on people getting

Arrested not illegal Kidnapping of an elders with Property in order to take over her bank account and social security, property and end her life something my beautiful kind loving brother never in this world deserved.

Dr Ajay Jain, is not a resident Doctor at New York Presbyterian he sits in his office in Jackson Heights and can not monitor a patient who he is never onsite to see them. I tried to communicate with Dr Ajay Jain. And he said over the weekend my mother got Pneumonia but this would have been something she got from being in the hospital when she should not have been in the hospital to die when all she went in for was an eating disturbation not liken the food and not given alternatives when and if she ever wasted because New York Presbyterian had no intention to give Grace Grant food nor did they care

*The hospital was freezing with high airconditioning and cruel* *Grant initially had no covers or socks to help given pneumonia*

pg 47
of 71

pg 29
of 30

she died

Dr Ajay Jain allowed the over-
dosing of Grace Grant and ordered it.
This makes him personally Responsible
for her death & He also had his
hand in allowing the machines to be
shut off for Melissa Steinberg
Project Guardian lawyer to continue the
corruption and fraud of robbing Grace
Grant of her bank account, social security
and life.

Grace Grant signed no do not
resuscitate papers. Recently at New York
Presbyterian if Eg Grant produces
his 2000 paperwork Then it is wrong
because my 2016 proxy and power of
attorney are real and holds clout
over all decision making in Grace
Grants best interest and what
she would want.

There should not have been any
shut off of machines completely and
there should have been any "Do not
Recusitate" order on Grace Grant at
all against her wishes This is

illegal and murder, Grace Grant shouldn't lose her life over the fact the overzealous, greedy Guardian and Son are looking to profit from the demise of Grace Grant who had a life and might have lived longer (which she deserved) if it wasn't for these horrible people robbing her of her money and life.

Carolino Rodriguez had nothing to do with Grace Grant yet the hospital said she was the Guardian, a woman who knew nothing about Grace Grant. This is hypocrisy and a crime.

Danielle Hawkins Luzdo Pinto has a crook who never ever returned a phone call to me. She blocked me with any help for Grace Grants cure with New York Presbyterian, Elmhurst Non Cure center, and ElmYork Assisted Living. This is a crime because I could not help my aunt/mother or ever have the STAFF I

build for, for my mom, not Danielle
who just stole Grace Grants money
and never put her money toward
her.

Grace Grant could have
lived happily without a Guardianship
putting her money toward what
she enjoyed. Her death is a tragedy
and a really deep murder of her
wisdom, beautiful spirit and
life.

Melissa Steinberg, Project
Guardian, had no right to take
Grace Grants life and make
her die, shutting off machines.

Grace Grant had Good Vitals,
Good Body temperature Good Blood
Pressure Etc.

Melissa Steinberg from Project
Guardian Did not have the appropriate
paperwork not to resuscitate Grace
Grant. This is illegal what she
did misusing her authority and
power to murder Grace Grant by
shutting off machines And Grace as
a home owner and a way to cash

Edmond Grant has hid the body not letting me Know where my mother has put. This is Illegal and abusive.

Edmond Grant also told the hospital making up Lies, that I should not be allowed to visit. This is Illegal and defamation of character.

Not being able to help my mother in her time of need was really cruel to me and my mother and helped ending my mothers life because my visits would give my mother hope of freedom. It was my Brother Edmond Grant who had locked my mother in working with the Guardian.

Edmond Grant also falsified testimony testifying against me Lying to the Queens Supreme Guardianship concerning issues about her care to implicate in matters that had no proof and weren't true, they were completely Contrived by Edmond Grant to cause Elisabeth Grant extreme trouble.

Edmond Grant has solely only dealt with his mother under monetary issues asking for money in reality he didn't have a good loving relationship with Grace Grant all he was looking for was money. Grace Grant knew he was taking advantage and wasn't fond of his abuse and neglect

Project   P 51 of 71       of 30
Guardianship worked

her property and get as much
as they can from robbing her blind.
Using their knowledge of the law
as criminals to remove people
from their Life and take what they
have abusing and using vulnerable
elders Like beautiful Grace Grant

Nurse Manager Gaur and Social worker
Mohammad refused to let me be
part of a team to help Grace
Grant's health and well being
These people should be jailed let me
because I could have helped the
dietician with her healthy diet
and food she would eat.
        I also could not get the physi
cal therapy manager to work with me
and give her more physical therapy
        Really these are all Elmhurst
Non care workers who should have
let her out the first day and back
to Elm york Assisted Living where
Grace Grant could walk and eat freely
Since oxygen was removed the first Day
So Grace Grant had no reason to be at Elmhurst Non care center at all !

52 of 71

I want to have this case
delve into the fact, that there is no
real patient advocacy at New York
Presbyterian hospital at all I didn't receive
a phone call for 2 weeks.

Perryh Dophne Gup was
able to come in at the end of my mothers
life when it was to late

I was denied visits at New York
Presbyterian hospital and had no advocate
to help me gain acess avidly wanting to help
my mom

This weeks without this help in an 85 year
old life can be terminal and that shows
the accountability of the negligence and
Uncaringness of patient advocates in
New York Presbyterian who are protecting
their inept staff they are not doing
the right, legal protocol by the patients
at all.

Grace Gront did not want the intra-
venus that was in her arms and killing her with
over medication she would fight to ~~get it off her~~
to live. I tried to refer this case to
Patient Advocacy who ignored my phone calls
for two weeks and in a scensed helped in the

83 of 77

death of Grace Grant

The reason for patient service
Is to advocate for what the patient wants
this a total hypocracy.

Grace Grant wanted the intravenous
Out Knowing It was poison and would Kill her
The one word Grace Grant Did say to me was
"Poison" concerning why she wanted the intravenous
Out. Instead of putting boxing gloves on her
It would have been humane and legal to put
Grace Grant on a system of no intravenous
food and water because At that point from
Where she first came it was from starvation
from Elmhurst Nursing care center that both Elmhurst
her care center and New York Presbyterian
Flushing could have easily treated Grace
Grant and got her food she Liked and Change
a diaper and treated her HUMANELY
But this seemed Impossible to do.

Now if we go Back to the Begining

Grace Grant in handcuffs by social services
was a crime. Handcuffs only go on a person
For an arrest. Grace Grant was not
arrested she was Kicked out of her own
house illegally. This was covered and

P 54 of 71

This type of illegal Behavior was Enabled by Judge Berneice Seigel in the Queens supreme court who allowed Grace Grant to be put in a nursing home instead of freed as the capacitated person she was, then Every doctor who met Grace Grant said she was capacitated and if Tanya Huber Williamer and Judge Berniece Seigol hadn't hid the record by sealing the record then Grace Grants Life could have been saved from an illegal Guardianship put on a capacitated person.

The Guardian has even stolen Grace Grants body putting her in a Cremation home. I am unable to know which one and the cemetery where we expected to bury her has not been notified anything about Grace Grant so obviously they will be absconding with the money, Grace Grant herself and also all her belongings I have been denied to have all the belongings of Grace Grant that are legally mine Because I bought them for Grace Grant with my own money.

An autopsy is being avoided due to the malpractice of over-drugging and a fear to show this in reality which will probably be tampered and fixed

P 55 of 71
54 of 70

(over abandoned?
(air conditioning available med Grace Gant and Siewerthen)
wet hair in a wheelchair so that she
could get pneumonia, a cold, flu or covid.

To go back to a pivotal point
Erika Louis who is the administrator
of the Queens county clerk sent back
Grace Gants paper-work at least 12
times over a 12 month period of last June
Was Grace Gants illegal order forcing a
Capacitated person into a Guardianship against
their will!

Queens supreme court Erika Louis had no right to interfere
and send back the papers 12 times. This
also stout michele Judge Dernacree Seig at
Secretary, Steinman because she hung up
on me so many times and also never let
my papers go through with motions of
dismissal to the court and Grace Gants Appeal

Ms. Louis and Ms. Steinman were
preventing my Appeal and motion to Dismiss
and this is totally illegal and injustice and
Unacceptable and was purposely done to
keep Grace Gant in a Guardianship against
her constitutional rights and will!

To go back on my mother death,
Dr Ajay Jun should not have over drugged
my mom with orders to the nurses. He was

P 56 of 71 PM of 67

desk doctor, not even at the hospital
giving orders for Grace Grant who he
didn't even see. The over drugging killed
her and caused her heart and lungs to stop
The gloves (boxing) were complete abuse and
tormented Grace Grant as she tried to pull
then off with her mouth and bring the glove
off with her hands, Grace Grant
was moaning and struggling and tormented
being over drugged wearing boxing glove
and, then struggling for her life @ machines
pushing her breathing () to hard to cause her
to gasp for air.

    Grace Grant had appropriate temper
-ature and appropriate blood pressure so
so in no way is it alright she lost
her Life to malpractice of Dr. Ajay Jun
(Enid) and the Dark skinned nurse who couldn't
put the IV ~intravenous~ in properly! These are the tragedies
as Grace Grant fought for her life
    I want to add with proper
vitals Grace Grant had a chance of recovery
with the breathing machines turned
down slowly and still some oxygen flowing
through her body but the cold turkey removal
of the oxygen, this was death caused by

(Enid)
is
the
nurses
name

P 57 of 71

This type of illegal Behavior was Enabled by Judge Bernice Seigel to Queens supreme court who allowed Grace Grant to be put in a nursing home instead of freed as the capacitated person she was, when Every doctor who met Grace Grant said she was Capacitated and if Tanya Hobar Williams and Judge Bernice Geigel hadn't hid the record by sealing the record then Grace Grants Life could have been Saved from an Illegal Guardianship put on a Capacitated person.

The Guardian has even stolen Grace Grants body putting her in a cremation home. I am unable to know which one and the cemetery where we expected to bury her has not been notified anything about Grace Grant so obviously they will be absconding with the money, Grace Grant herself and also all her belongings.

I have been denied to have all the belongings of Grace Grant that are legally mine Because I bought them for Grace Grant with my own money.

An autopsy is being avoided done to malpractice of over-drugging and a few to show this in reaction which will probably be tampered and fixed

I want to add to the list of people
Who helped end Grace Grant's Life Sarah at
Elmhurst Assisted Living Social worker who
would not let Grace Grant return to
Elm York Assisted Living for no reason!
Grace Grant was off oxygen the first day
She was at Elmhurst Nsh Care center.
and was totally ready to go back to her
room where she could walk freely and
get her own food and go to the Bathroom
herself. Being barred From what had
been her place of residence and home
She paid $1775.00 a month was completely
Ludicrous. the reason would probably
Stem from the owners' need to produce
medical Billing fraud and double Billing
Grace Grants Insurance putting her in Elmhurst
Nsn care center.
                Sean Tohill is the manager and
he also refused Grace Grant entry back
into Elm York Assisted Living So he also
is a Cause of her dibilitation and
being destroyed At Elmhurst nsn care center
not being fed or given water or being changed
If she would be able to have walked around
her room with her walker then Grace Grant
would still be here today.

Page 59 of 71
of 69

The minute Grace Grant entered Elmhurst Nur Care Center — ElmYork Assisted Living conveniently and visciously providing Elder Abuse Lost all of Grace Grants Belongings. Her walker, Glasses, hearing aids, cell phone, rosary, clothes, toiletries, stuffed animals all became missing. How viscious is that to make a little older lady suffer in a new environment that she is locked to the bed with none of her comfort materials so she could live normally and happily. Even her rosary was lost and all Grace Grant liked doing all day is praying. So it is quite malicious to abscond with her rosary when it is what she lived for. I can swear to th is court that her Living materials went all missing from ElmYork Assisted Living. When they simply could have let her retired or sent them around the corner to their "sister" company who they double dip money with and bill her social security $1,715 and use trickostory. The more you make the more we take.

So Grace Grant sat locked to the bed with none of her belongings, no food, water or diaper in at Elmhurst hur cacenter who would force her to go downstairs with

P ___ of 71 ___

(Over abundance of
(air conditioning and Wet not Grace Grant and if and then)
wet hair in a wheelchair so that she
could get pneumonia, a cold, flu or covid.
        To go Back to a pivotal point
Erika Lewis who is the administrator
of the Queens county clerk sent back
Grace Grants paper-work at least 12
times over a 12 month period of last June
when Grace Grants illegal order forcing a
Capacitated person into Guardianship against
their will!

Queens supreme court Erika Lewis had no right to interfere
and send back the papers 12 times. This
also started much like Judge Dernerree seeing as
Secretary, Steinman, because she hung up
on me so many times and also never let
my papers go through with motions of
dismissal to the court and Grace Grants Appea

            Ms. Lewis and Mr Steinman were
preventing my Appeal and motion to Dismiss
and This is totally illegal and injustice and
Unacceptable and was purposely done to
keep Grace Grant in a Guardianship against
her constitutional rights and will!

            To go back on my mother Peatly
Dr Ajay Jain should not have over drugged
my mom with orders to the nurses. He was

(I submitted)

P 6 of 71 p51 of 67

desk doctor, not even at the hospital giving orders for Grace Grut who he didn't even see. The over drugging killed her and caused her heart and lungs to stop. The gloves (boxing) were complete abuse and tormented Grace Grut as she tried to pull them off with her mouth and bang the gloves off with her hands. Grace Grut was moaning and struggling and tormented being overdrugged wearing boxing glove and then struggling for her life (a machine pushing her breathing) to had to cause her to gasp for air.

Grace Grut had appropriate temperature and appropriate blood pressure so so in no way is it alright she lost her life to malpractice of Dr. Ajay Jwn (Emh) and the Dark skinned nurse who couldn't put the IV in intravenous properly! These are the tragedies as Grace Grut fought for her life.

(Emh is the nurse)

I want to add with proper vitals Grace Grut had a chance of recover with the breathing machines turned down slowly and still some oxygen flowing through her body but the cold turkey removal of the oxygen, this was death caused by

P62  P58

Margaret Steinman who had no right to
discontinue Grace Grots Life, a person
She never met nor had any knowledge of
her health, taste, allergies nothing. Anybody
ending my mothers life. Misuse of authority
and power Illegal Do not Resusitate Elizabeth
Grot was Grace Grots most recent proxy
2016 which was higher then Ed Grots 2000
Proxy! Margaret Steinman didnt know Grace
Grot. Elizabeth Grot lived her whole
Life with Grace Grot and got along fine
Elizabeth Grot knew everything about Grace
Grot and loved her with all her heart
and only had her best Interest
          The power of attorney Grace Grot
had from 2016 made ~~Elizabeth Grot~~,
Grace Grots Guardian if there needed to
be one. Tonya Hobson Williams even in formed
me that my Power of Attorney should
Trip all ~~Judge Re...~~ ~~stand~~ for trying
to put a Guardian on Grace Grot
other then me. But Tonya Hobson Williams
never followed up on helping Grace Grot have
her Guardian of Choice, Elizabeth Grot
- which was what she was hired for!
          That is why Tonya Hobson Williams

Staying on Grace Grats Care really
proved to be to little and totally swerved
toward the fact Tanya Hobson Williams
would be helping Berniece Seigul put
a guardianship on Grace Grot covering
the tracks of Social service illegally
dragging her out of her own house in hand
cuffs to never let her return, illegally!

Judy Berniece Siegul should not have
allowed Social services to write the
final order on Grace Grot because it was
unfair to her to have her constitutional rights
and freedoms taken away from her separating
her from her home, her pets and her loving daughter
she was really happy with!

Tanya Hobson Williams and Judye Berniece
Siegul should have never sealed the record
hiding Grace Grots capacity and the
doctor and court evaluator that said she
was just fine and had some aging conditions,
but in reality, was functional enough to
live on her own and shuffle around her house
freely with a walker and not be locked
to a bed and not be given food or drink.

Erika Lewis, clerk administrator,
at Queens supreme court, will not even

P 64 of 71    61 pag of 71

give me back my 45.00 dollars for a hearing
set up to get Grace Grant to safety to
Pennsylvania that she never was able
to make. It was obvious everyone was
aware Grace Grant wouldnt make it
to this final hearing from all the
abuse and neglect she incurred and that
was the only reason Grace Grant was
Granted the hearing, to a hearing everyone
knew from her health being put a risk
with no food water or toiletry property
or diapering and all her belongings
missing Grace Grant would indeed
be losing the fight to Live.
          The 12 times Grace Grants
paperwork went in by Elizabeth Grant it
should have been accepted so we
could do the appeal and motion to dismiss
in time to save Grace Grants life because
she indeed might have had more time
if she just was treated better and not
stripped of her food water belongings
and especially her Rosary, to stare at
the wall, with nothing else, to do but
suffer Locked to a bed.
          Grace Grants pain and suffering

has truly and deeply affected me and destroyed my life as well as her. It is a travesty to lose such a beautiful free spirit, loving, caring thoughtless, beautiful lady.

No one helped Grace Grant especially with this Guardianship. It separated Elizabeth and Grace Grant and there was no reason for this - no reason ever proven in court.

The case of losing Grace Grant and watching her be hurt, destroyed and mistreated by so many instances and having my hands tied so I could not help her because Darrelle Hawkins Luzbo Pluto stepped in every time and blocked me from being part of a care team concerning my mothers health to help her in every way. If I was on Grace Grants caregiver team I know it would have made a difference for her diet and people knowing they would be watched by a caring family member so they would treat her better and actually do things to help her and not just have her laying in her unreal feces in a dirty diaper hurting the bed sores she had from mid thigh thanks

PG 66 OF 71

to New York Presbyterian hospital locking her to the bed and not changing her.

I would ask this Wrongful Death lawsuit is taken serious also seeing the Angle of malpractice in a variety of instances and Medical Billing Fraud extensively with over billing and double and triple billing occurring.

This is fraud and corruption on a high end. Please take this lawsuit seriously, the destruction to my mothers and my life has really deteriorated me emotionally and physically given me dizzy spells and problems walking.

I ask for restitution for Guardianship victims and Victims of hospitals providing prejudice abuse and Neglect Like New York Presbyterian Elmhurst Non Care Center and even Elm York Assisted Living.

The workers in charge of these facilities didnt care and in no way had Grace Conts best interest ever only simplifing their Job and not help Grace Cont at all Leading her Slowly and painfully to her death.

P 67 of 71

Grace Grant was only kept at Emhurst Non Care center to Bilk her Insurance and allow Rescure owner of Elm York Assisted Living to steal her social security No Best Practices for Grace Grant just pure thievery Along with New York Presbyterian who had her medicated running out and need to get rid of the problem of the malpractice of overdrugging a patient Instead of feeding and giving water to the patient and simply giving her a walker while keeping her off the bad drug so they could walk to the bathroom thenselves and get their food thenselves.

There was no Dignity, Liberty or Kindness for Grace Grants under Intravenous could have been taken out so Grace Grant would need a lot of feeding and drinking And Care like I had have become at here if I was given the chance.

All I wanted was to get my mom to safety and away from people who didn't care would hurt her and end her life. Her death has caused me immense physical and mental pain. I hope this lawsuit will help victims

Yoss knows

of Guardianship and give them a new
lease on life. I hope for restitution for
Elder abuse and neglect in hospitals
Nursing homes and Assisted Livings.

Guardianships hoard people and
deprive them of their Constitutional rights
Freedoms and money. It is tragic and my mom as
a beautiful free spirit should not have
been locked in a Facility for 3 years and
not locked to a bed for 3 months. This
is what killed her along with malpractice
and the greed of Medical Billing fraud

Please allow this Lawsuit to take
off. I hope new laws are passed for
these harsh Guardianships not to occur and
the Elders not to be abused as cash cows
to take their social security and medical
insurance just cause they can bilk them
using their natural aging as a reason to
hoard them in home care situations!

I love you mom and will fight
for your rights till the day I die and
hope laws are written to reform these
Guardianships, Elder abuse, and Illegal Criminal
Seizures that took Grace Grant properties Illegally
too. I pray for restitution for Grace Grant and

P 69 of 71

It is loathsome to hide Grace Grants body. They are afraid of the wrong doing showing in the records. (No scandiing with) Grace Grants body is completely inpreherensible and loathsome and deplorable.

This ludicrous hiding of Grace Grants body in a quick cremation show how guilty and scared these people - Project guardian are of working with New york Presbyterian - Pushing in not the best care for Grace Grant - Over Dugging her putting her on machines after the duty Stopped her breathing is complete malpractice and not resuscitating her when she didn't sign Do not resuscitate papers recently with her recent 2010 Proxy Elizabeth Grant then any papers had to be signed by Project Guardian ER EG Grant who was ruled out as Proxy When Grace Grant only put Elizabeth Grant and Robert Mitchell down Not Edmond Grant. Grace Grants Power of attorney also heard for Elizabeth Grant to be guardian if needed

Please help me win a lawsuit Suing for at least 25,00 enough to start these people understanding they can lose their jobs when they neglect and abuse an elder.

Any money won by this lawsuit would go to a foundation to help people stuck in Guardianships Scams, fraud, abuse and Neglect. A foundation that could really help animal abuse of illegal Seizures from fraudulent agencies corrupt like the ASPCA who are a Kill shelter not a train and rehoming shelter which is what is really needed for animals. Also a fund for families fell victim to a loved ones malpractice from doctors never on site barking out incorrect orders of overdrugging and to many intravenous Lines that can be harm ful to an elders body A foundation dealing with the Elder Abuse and Neglect in Guardianships, hospitals, nursing homes and Assisted Livings

I dont even know where Grace Grants Body is now thanks to the Guardian not just absconding with Grace Grants money and now Grace Grant.

The cemetary her family is buried at the plot her Family in  is where She belongs. No one has cullen the cemetary So putting Grace Grant to an immediate cremation was to avoid an autopsy for the brain New york Presbyterian Flushing and Dr Ajay Jain Caused

P 71 of 71

Elizabeth
Grant

Emine is a Nurse at New York Presbyterian - Flushing that ended my mothers life.

While Nurse Manager Andrew Fernandez was okay in the front of Ajay Jain who was not on site to accurately see what hybrid decisions were doing to my mother and they were overcharging her as she pulled out her Intravenous overload that could kill her - Grace Grant said the words "Poison" twice and in a very low voice "Killing me" This is so horrifying that Grace Grant predicted what would kill her as the side effects of those drugs were obviously taking a toll on Grace Grant 85 year old body Obviously Emine Did the Intravenous wrong.

Boxing Gloves were put on Grace Grant they called mittens but were horrifyingly large and would encompass the whole hand and must have scared and frustrated her to death.

This cruelty abuse and neglect of just taking Grace Grant off the drugs and allowing her to eat would have been humane treatment and proper treatment Not going against Grace Grants wishes for any Intravenous poison her and not allowing her daughter who advocates for her RN it.

Elizabeth G A        9/11/24